In re   James G Miicke                                      Case No.   07-30320-JES
                        Debtor                                         (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $136,875
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| # 12a S76 W12500 McShane Dr., Muskego, WI | 11 USC § 522(d)(5) | 1.00 | 360,000.00 |
| # 13d 2732 North 24th St., Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 30,100.00 |
| # 14a 3332 North 14th St., Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 49,300.00 |
| # 15b 4412 North 30th St., Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 59,400.00 |
| # 15c 5324 N 27th Street Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 67,800.00 |
| # 17a 1963 South 7th St., Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 73,000.00 |
| # 18a 2237 S 62nd Street West Allis, WI | 11 USC § 522(d)(5) | 1.00 | 147,500.00 |
| # 19a 4904 N 57th Street Milwaukee, Wi | 11 USC § 522(d)(5) | 1.00 | 106,900.00 |
| # 19b 2164 S Muskego Av Milwaukee | 11 USC § 522(d)(5) | 1.00 | 62,400.00 |
| # 21a 7215 West National Ave., West Allis, WI | 11 USC § 522(d)(5) | 1.00 | 140,800.00 |
| # 24a 3226 3226 North Richards St., Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 51,600.00 |
| # 25a 4774 North 29th St., Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 36,000.00 |
| # 27a 7118 West Thurston, Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 124,300.00 |
| # 28a 1260 North 43rd Street, Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 114,000.00 |
| # 2a 2228 N 40th St Milwaukee | 11 USC § 522(d)(5) | 1.00 | 132,100.00 |
| # 30a 2717-2719 North Richards Street Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 89,500.00 |
| # 31a 1715 West Lincoln Ave, Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 107,500.00 |
| # 32a 4366 North 26th Street, Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 67,600.00 |
| # 34a Homestead S53 W12486 Emerson Dr Muskego WI | 11 USC § 522(d)(5) | 1.00 | 273,800.00 |
| # 35a N3551Frankes Drive, Montello, WI | 11 USC § 522(d)(5) | 1.00 | 95,000.00 |

J.M.

In re James G Miicke                                          Case No. 07-30320-JES
                    Debtor                                              (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| # 3a 2824 North 34th Street, Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 37,600.00 |
| # 4a 2431 North 6th Street, Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 56,900.00 |
| #15a 2718 N 53th Street Milwaukee, WI | 11 USC § 522(d)(5) | 1.00 | 54,100.00 |
| #1a 3351 N 25th Street Milwaukee, Wi | 11 USC § 522(d)(5) | 1.00 | 78,000.00 |
| 1995 Proline Boat 25' | 11 USC § 522(d)(5) | 4,500.00 | 9,000.00 |
| 1997 Nort Pontoon 22' | 11 USC § 522(d)(5) | 1,500.00 | 3,000.00 |
| 1999 Fisher 17' | 11 USC § 522(d)(5) | 2,000.00 | 4,000.00 |
| 2003 Chevrolet Silverado 1500 HD Crew Cab Long bed Pickup | 11 USC § 522(d)(2) | 200.00 | 8,514.00 |
| 2003 Chevrolet Trailblazer Extended SUV | 11 USC § 522(d)(2) | 1,750.00 | 7,500.00 |
| 2006 Chevrolet Silverado 2500 HD Crew Cab Long bed Pickup | 11 USC § 522(d)(5) | 1.00 | 21,550.00 |
| Action Electric Tri City checking | 11 USC § 522(d)(5) | 45.55 | 91.10 |
| Books etc | 11 USC § 522(d)(3) | 250.00 | 500.00 |
| Claim in Chapter 13 G & T Winding Case # 06-22200 | 11 USC § 522(d)(5) | 1,000.00 | 6,530.00 |
| Clothing | 11 USC § 522(d)(3) | 1,500.00 | 3,000.00 |
| Honey propertiesTri City checking | 11 USC § 522(d)(5) | 19.03 | 38.05 |
| Houshold goods at house and up North | 11 USC § 522(d)(3) | 8,000.00 | 16,000.00 |
| Husband Tri City checking | 11 USC § 522(d)(5) | 650.00 | 1,300.00 |
| Jewerly etc | 11 USC § 522(d)(4) | 675.00 | 1,450.00 |
| Stormy Properties Tri City checking | 11 USC § 522(d)(5) | 25.62 | 51.23 |
| Tools used in electic business | 11 USC §522(d)(6) | 375.00 | 750.00 |
| Wife Tri City checking | 11 USC § 522(d)(5) | 600.00 | 1,200.00 |



B6B (Official Form 6B) (12/07)

In re  James G Miicke  
　　　　　　　　　Debtor

Case No. 07-30320-JES  
(If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Action Electric Tri City checking | C | 91.10 |
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Honey propertiesTri City checking | C | 38.05 |
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Husband Tri City checking | C | 1,300.00 |
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |

In re   James G Miicke                                    ,    Case No. 07-30320-JES
                    Debtor                                              (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Stormy Properties Tri City checking | C | 51.23 |
| | | NOTE:  The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wife Tri City checking | C | 1,200.00 |
| | | NOTE:  The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Houshold goods at house and up North | C | 16,000.00 |
| | | NOTE:  The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books etc | C | 500.00 |
| | | NOTE:  The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| 6. Wearing apparel. | | Clothing | C | 3,000.00 |
| | | NOTE:  The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| 7. Furs and jewelry. | | Jewerly etc | C | 1,450.00 |

In re  James G Miicke
                              Debtor

Case No. 07-30320-JES
                (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Ace Electric is a trade name use by debtor | C | NO CASH VALUE |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Honey Properties LLC is owned by debtor and spouse<br>LLC owes more than value | C | NO CASH VALUE |
| 16. Accounts receivable. | | Claim in Chapter 13 G & T Winding Case # 06-22200 | C | 6,530.00 |
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. Mortgage is in name of LLC owned by debtor and spouse | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Tax Refund to follow | C | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Chevrolet Silverado 1500 HD Crew Cab Long bed Pickup | C | 8,514.00 |
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Chevrolet Trailblazer Extended SUV | C | 7,500.00 |
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Chevrolet Silverado 2500 HD Crew Cab Long bed Pickup | C | 21,550.00 |
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| 26. Boats, motors, and accessories. | | 1995 Proline Boat 25' | C | 9,000.00 |

In re   James G Miicke                                          Case No. 07-30320-JES
                          Debtor                                              (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value Boat was sold for $6,000.00 after filing to raise money. Information to follow. | | |
| Boats, motors, and accessories. | | 1997 Nort Pontoon 22' | C | 3,000.00 |
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| Boats, motors, and accessories. | | 1999 Fisher 17' | C | 4,000.00 |
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Tools used in electic business | C | 750.00 |
| | | NOTE: The debtor owns ½ of total value listed in personal or real property under Wisconsin Community Property Law. The debtor's claim for exemption is based on ½ of the total value listed. | | |

           3    continuation sheets attached      Total ➤    $ 84,474.38

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

*Jim.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN



In re   James G Miicke                         Case No.   07-30320-JES

        Debtor.                                Chapter    7

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)

- ___ Voluntary Petition (Specify reason for amendment) _____
- ___ Summary of Schedules
- ___ Schedule A - Real Property
- ✓ Schedule B - Personal Property
- ✓ Schedule C - Property Claimed as Exempt
- ___ Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders
  - ___ **Add/Delete creditor(s), change amount or classification of debt - $26.00 fee required**
  - ___ **Add/change address of already listed creditor - No Fee**
- ___ Schedule G - Executory Contracts and Unexpired Leases
- ___ Schedule H - Codebtors
- ___ Schedule I - Current Income of Individual Debtor(s)
- ___ Schedule J - Current Expenditures of Individual Debtor(s)
- ___ Declaration Regarding Schedules
- ___ Statement of Financial Affairs and/or Declaration
- ___ Chapter 7 Individual Debtor's Statement of Intention
- ___ Disclosure of Compensation of Attorney for Debtor
- ___ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C)
- ___ Certification of Credit Counseling
- ___ Other: _____

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: _____    _____
                        James G Miicke
                        Debtor